# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

HALIL DEMIR,

Plaintiff,

v.

ALEJANDRO MAYORKAS, MERRICK GARLAND, CHRISTOPHER A. WRAY, CHARLES KABLE IV, DAVID P. PEKOSKE, and UNKNOWN TSC EMPLOYEES,

Defendants.

No. 22-cv-07209

Judge John F. Kness

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Case dismissed without prejudice based on lack of jurisdiction.

This action was *(check one)*:

☐ tried by a jury with Judge ___ presiding, and the jury has rendered a verdict.
☐ tried by Judge ___ without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on Defendants' motion to dismiss.

Date: July 17, 2024

_____
JOHN F. KNESS
United States District Judge